IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ALAN DOERING                                                                                              PLAINTIFF
ADC #106115
v.                                        CASE NO. 2:19-CV-00125 BSM

ASA HUTCHINSON, et al.                                                                               DEFENDANTS

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Jerome T. Kearney [Doc. No. 5] has been received. After *de novo* review of the record, the RD is adopted. This case is dismissed without prejudice, and Alan Doering's motion to proceed *in forma pauperis* [Doc. No. 1] is denied as moot.

IT IS SO ORDERED this 12th day of November 2019.

                                                                              _____
                                                                              UNITED STATES DISTRICT JUDGE